The offense is murder'; the punishment, confinement in the penitentiary for sixty years.

The trial was had in Midland county on a change of venue from Martin county.

It was charged in the indictment, in substance, that appellant, with malice aforethought, killed George Tom by shooting him with a gun.

Appellant did not testify and introduced no witnesses. The proof on the part of the state was, in substance, as follows: On the 3d day of February, 1934, deceased was standing in front of the post office reading a newspaper. Appellant approached and said to deceased: "Get ready Mr. Tom." Deceased replied: "Don't come and make trouble out here; take him away, Forrest." At this juncture Forrest King attempted to grab appellant. However, he was unable to prevent him from firing two or three shots at deceased. As he fell mortally wounded, deceased said: "You killed me John. What have I ever done to you? Oh, he killed me."

No bills of exception are brought forward.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**AMERICAN NATIONAL INSURANCE COMPANY, Appellant, v. Elvira VILLAREAL, Appellee.**

No. 9526.

Court of Civil Appeals of Texas. San Antonio.

Feb. 27, 1935.

Rehearing Denied March 13, 1935.

Carter & Carter, of San Antonio, for appellant.

Morriss & Morriss, of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex. Civ. App.) 75 S.W.(2d) 294.

---

**Frances Watson GRAY, Appellant, v. Robert L. GRAY et al., Appellees.**

No. 9444.

Court of Civil Appeals of Texas. San Antonio.

Feb. 27, 1935.

Oliver Johnson, of San Antonio, for appellant.

Piland & McNeill, of San Antonio, for appellees.

PER CURIAM.

The judgment of the county court is affirmed.

---

**J. A. MOSLEY et ux. v. METROPOLITAN BUILDING & LOAN ASS'N.**

No. 3133.

Court of Civil Appeals of Texas. El Paso.

Feb. 21, 1935.

Lockhart & Brown, of Lubbock, for plaintiffs in error.

Gus L. Berry, of Dallas, for defendant in error.

PELPHREY, Chief Justice.

This case is before us on writ of error, and plaintiffs in error have filed no briefs. We have examined the record, and, finding no fundamental error, the appeal will be dismissed for want of prosecution.

---

**A. J. COVERT v. COLD SPRINGS UTILITIES CO.**

No. 2632.

Court of Civil Appeals of Texas. Beaumont.

March 5, 1935.

Rehearing Denied March 13, 1935.

Wm. McMurrey, of Cold Springs, for appellant.

Campbell, Murphy & Cochran, of Livingston, for appellee.

O'QUINN, Justice.

This is a companion case to Kaplan v. Cold Springs Utility Company, reported in 76 S. W.(2d) at page 584. In fact, this is a part of the Kaplan Case. Covert and Kaplan being defendants in the suit, and, when judgment went against them, they both appealed, Kaplan by regular appeal, and Covert by writ of error.

For a statement of the nature and result of the suit, we refer to Kaplan v. Cold Springs Utility Company, supra. As the pleadings of the parties there are the same here, being the same case, and the evidence identical, this appeal is controlled by the holdings in that appeal.

Accordingly, the judgment is affirmed.